No. 96–6807. KELLY v. UNITED STATES; and

No. 96–6893. KELLY v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 96 F. 3d 1455.